[No. 56809-4-I.   Division One.   June 19, 2006.]

REANNA L. PLANCICH, *Appellant,* v. PROGRESSIVE AMERICAN
INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 05-2-01273-1, Mary Roberts, J., entered July
29, 2005. *Affirmed* by unpublished per curiam opinion. Now
published at 134 Wn. App. 543.

[No. 56872-8-I.   Division One.   June 19, 2006.]

THE STATE OF WASHINGTON, *Appellant,* v. MAN M. NGO,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 05-1-06946-1, Bruce W. Hilyer, J., entered
August 22, 2005. *Affirmed* by unpublished per curiam
opinion.

[Nos. 28476-6-II; 29156-8-II.   Division Two.   June 20, 2006.]

THE STATE OF WASHINGTON, *Appellant,* v. JOSHUA MATTHEW
WINGATE, *Respondent.*

Appeals from judgments of the Superior Court for Pierce
County, No. 01-1-03444-0, Bryan E. Chushcoff, J., entered
February 22 and July 29, 2002. *Affirmed in part* and
*remanded* by unpublished opinion per Hunt, J., concurred
in by Quinn-Brintnall, C.J., and Houghton, J.

[Nos. 32689-2-II; 33821-1-II.   Division Two.   June 20, 2006.]

HOA LE ET AL., *Appellants,* v. MARK PHILIP HOMES, INC.,
ET AL., *Respondents.*

Appeals from judgments of the Superior Court for Clark
County, Nos. 03-2-07154-8 and 05-2-00950-4, Roger A.
Bennett, J., and Robert A. Lewis, J. Pro Tem., entered
December 13, 2004 and September 8, 2005. *Affirmed in
part, reversed in part,* and *remanded* by unpublished opin-
ion per Van Deren, A.C.J., concurred in by Bridgewater and
Hunt, JJ.